# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PATRICIA O' FARRELL, Personal Representative of the Estate of Samuel Joseph Dash, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 12-CV-0633-CVE-TLW |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

This matter has come before the Court for consideration and an Opinion and Order granting summary judgment in favor of defendant State Farm Mutual Automobile Insurance Company has been entered. Judgment for the defendant and against the plaintiff is hereby entered pursuant to the Court's Opinion and Order.

**IT IS SO ORDERED** this 24th day of July, 2013.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE